# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Gini Services, LLC, dba Gini Foundation, a Nevada limited liability company; and W. Jeffrey Knowles, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Perle Technologies, Inc.,<br><br>Defendant. | Case No. 2:22-cv-01135-JCM-DJA<br><br>**Order** |

This matter is before the Court on the Court's review of the docket. On October 10, 2022, Plaintiffs moved for entry of clerk's default. (ECF No. 10). The Clerk of Court entered default on October 25, 2022. (ECF No. 12). To date, there has been no further action in this case.

**IT IS THEREFORE ORDERED** that Plaintiffs must file a status report regarding this action and whether they intend to seek default judgment on or before **August 1, 2024. Failure to comply with this order may result in a recommendation of sanctions, which could include dismissal.**

DATED: July 3, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE